**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Humberto VALDEZ-RUIZ, a.k.a. Humberto Ruiz Valdez, a.k.a. Ruiz Valdez-Humberto, Defendant-Appellant.**

**United States of America,
Plaintiff-Appellee,**

v.

**Humberto Valdez-Ruiz, a.k.a. Humberto Ruiz Valdez, a.k.a. Humberto Ruiz-Valdez, a.k.a. Ruiz Valdez-Humberto, Defendant-Appellant.**

**No. 15-10598, No. 15-10599**

United States Court of Appeals,
Ninth Circuit.

Submitted March 3, 2017 *

Filed March 07, 2017

Christina Marie Cabanillas, Assistant U.S. Attorney, USTU- Office of the US Attorney, Tucson, AZ, for Plaintiff-Appellee

Humberto Valdez-Ruiz, Pro Se

Before: HUG, FARRIS, and CANBY, Circuit Judges.

*See* Fed. R. App. P. 34(a)(2).

## MEMORANDUM **

In these consolidated appeals, Humberto Valdez-Ruiz appeals from the district court judgment and challenges his guilty-plea conviction and 63-month sentence for re-entry of a removed alien, in violation of 8 U.S.C. § 1326, and the revocation of supervised release and consecutive 7-month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Valdez-Ruiz's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Valdez-Ruiz has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.